IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **EDWARD CHAPALONEY, JR.**, on behalf of himself and all others similarly situated,<br><br>**Plaintiff,**<br><br>v.<br><br>**ROSEBUD MINING COMPANY,**<br><br>**Defendant.** | Case No. 2:24-cv-00590<br><br>ELECTRONICALLY FILED<br><br>CLASS AND COLLECTIVE ACTION |

**PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY
APPROVAL OF THE SETTLEMENT AGREEMENT**

Plaintiff Ralph Smith, through his undersigned counsel, respectfully move this Court for an Order granting preliminary approval of the Parties' Settlement Agreement, a true and correct copy of which is attached as Exhibit 1 to this Motion, as a fair, reasonable and adequate resolution of a *bona fide* dispute, authorizing the issuance of notice to the settlement class and collective, and setting a date for a final approval hearing at the Court's convenience, approximately 115 days after the Court's preliminary approval order.

This Motion is based on the accompanying Memorandum of Law, the Declarations of Sarah Schalman-Bergen and Shann Draher, the attached Exhibit, and all other records, pleadings and papers on file in this action. Defendant does not oppose this Motion. An agreed proposed Order is submitted for the Court's consideration.

Dated: January 17, 2025

Respectfully submitted,

/s/ *Sarah R. Schalman-Bergen*
Sarah R. Schalman-Bergen (PA 206211)
Krysten Connon (PA 314190)
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
Telephone: (617) 994-5800

Direct: (267) 256-9973
Facsimile: (617) 994-5801
ssb@llrlaw.com
kconnon@llrlaw.com

Shannon M. Draher
NILGES DRAHER LLC
7034 Braucher St NW, Ste B
North Canton, OH 44720
Tel: 330-470-4428
Fax: 330-754-1430
*sdraher@ohlaborlaw.com*

*Attorneys for Plaintiff and the Class*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing has been filed on the ECF docket and is available for viewing and download on this 17th day of January, 2025.

*s/ Sarah R. Schalman-Bergen*
Sarah R. Schalman-Bergen
