IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **EDWARD CHAPALONEY, JR.,** on behalf of himself and all others similarly situated,<br><br>**Plaintiff,**<br><br>v.<br><br>**ROSEBUD MINING COMPANY,**<br><br>**Defendant.** | Case No. 2:24-cv-00590<br><br>ELECTRONICALLY FILED<br><br>CLASS AND COLLECTIVE ACTION |

**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF THE SETTLEMENT AGREEMENT**

AND NOW, this <u>7th</u> day of <u>February</u>, 2025, upon consideration of Plaintiff's Unopposed Motion for Preliminary Approval of the Settlement Agreement, the Court grants Plaintiff's Motion and ORDERS as follows:

1. The Parties' Settlement Agreement is preliminarily approved as fair, reasonable and adequate pursuant to Fed. R. Civ. P. 23(e);

2. The Court grants approval to the terms and conditions contained in the Settlement as a fair and reasonable resolution of a *bona fide* dispute under the Fair Labor Standards Act;

3. For settlement purposes, the Court preliminarily certifies the Settlement Class pursuant to Fed. R. Civ. P. 23, pending final approval of the settlement as follows:

> all current or former hourly employees of Defendant who engaged in underground mining in Pennsylvania at any time during the period of April 18, 2021, to October 18, 2024;

4. For settlement purposes, the Court certifies the Settlement Collective as a collective pursuant to 29 U.S.C. § 216(b) as follows:

> all current or former hourly employees of Defendant who engaged in underground

mining at any time during the period of April 18, 2021, to October 18, 2024;

5. Plaintiff Edward Chapaloney, Jr. is preliminarily approved as the Representative of the Settlement Class;

6. Sarah Schalman-Bergen and Krysten Connon of Lichten & Liss-Riordan, P.C., and Shannon Draher of Nilges Draher LLC are approved as Class Counsel for the Settlement Class;

7. Analytics Consulting is preliminarily approved as Settlement Administrator and the costs of settlement administration are preliminarily approved;

8. The Court approves the Notice of Settlement, attached as Exhibit A to the Settlement Agreement, and authorizes dissemination of the Notice to members of the Settlement Class;

9. The following schedule and procedures for completing the final approval process as set forth in the Parties' Settlement Agreement are hereby approved:

| | |
|---|---|
| Defendant to send CAFA Notice | Within ten (10) calendar days after submission of the Settlement Agreement to the Court |
| Defendant Provide Settlement Class List | Within fifteen (15) days after the Court's Preliminary Approval Order |
| Notice Sent | Within fifteen (15) business days after receiving the Class List |
| Deadline to Postmark Objections or Requests for Exclusion ("Objection and Exclusion Deadline") | Sixty (60) days after the Settlement Notice is initially mailed. |
| Plaintiff's Motion for Final Approval | Five (5) business days prior to Final Approval Hearing. |
| Final Approval Hearing | At the Court's convenience, approximately one hundred fifteen (115) days after the Court's Preliminary Approval Order. |

10. The final approval Hearing is set for **June 3, 2025 at 1:30 p.m.**, in Courtroom 3A of the U.S. Courthouse in Pittsburgh, Pennsylvania, before Judge Cathy Bissoon. The motion for final approval shall include a signature-ready proposed order.

IT IS SO ORDERED.

BY THE COURT,

Dated: February 7, 2025

\_\_s/Cathy Bissoon_____
Honorable Cathy Bissoon
United States District Judge