**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **ED CHAPALONEY**, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>**ROSEBUD MINING COMPANY,**<br><br>Defendant. | Case No. 2:24-cv-00590-CB<br><br>ELECTRONICALLY FILED<br><br>CLASS AND COLLECTIVE ACTION |

## PLAINTIFF'S UNOPPOSED MOTION FOR FINAL APPROVAL OF SETTLEMENT AGREEMENT

Plaintiff, through his undersigned counsel, respectfully moves this Court for an Order granting final approval to the Settlement as fair, reasonable, and adequate under Federal Rule of Civil Procedure 23, as set forth in the accompanying memorandum.

This Motion is based on the accompanying Memorandum of Law, the Declarations of Class Counsel, counsel for Defendant, and the Settlement Administrator, the attached Exhibits, and all other records, pleadings and papers on file in this action. Defendant does not oppose this Motion. An agreed proposed Order is submitted for the Court's consideration.

Dated: June 17, 2025                         Respectfully submitted,

/s/ *Sarah R. Schalman-Bergen*
Sarah R. Schalman-Bergen (Pa Bar No. 206211)
Krysten Connon (Pa Bar No. 314190)
**LICHTEN & LISS-RIORDAN, P.C.**
729 Boylston Street, Suite 2000
Boston, MA 02116
Tel: (267) 256-9973
ssb@llrlaw.com
kconnon@llrlaw.com

                    Shannon M. Draher (OH Bar No. 0074304)
                    **NILGES DRAHER LLC**
                    7034 Braucher St NW, Ste B
                    North Canton, OH 44720
                    Tel: 330-470-4428
                    Fax: 330-754-1430
                    sdraher@ohlaborlaw.com

                    *Attorneys for Plaintiff and the Class*

3

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing has been filed on the ECF docket and is available for viewing and download on this 17th day of June, 2025.

<u>s/ Sarah R. Schalman-Bergen</u><br>
Sarah R. Schalman-Bergen